# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: __04/25/25__        Judge: __Hilton__        Reporter: __R. Montgomery__
Time: __10:36 am__ - __10:48 am__        Interpreter:_____
                                          Language: _____
                                          **Probation Email**: __x__
                                          Jury Email: ____

## UNITED STATES OF AMERICA

            v.

__HATEM SALEM__                    __1:25cr105__
Defendant's Name                    Case Number


__Cadence Mertz__                    __Lauren Hahn__
**Counsel for Defendant:**          **Counsel for Government**

**Matter called for:**
[  ] Arraignment    [X] Pre-Indictment Plea    [  ] Change of Plea    [  ] Motions
[  ] Sentencing    [  ] Revocation Hearing    [  ] Rule 35    [  ] Appeal (USMC)
[  ] Other _____

Deft appeared:  [X] in person   [  ] failed to appear  [X] with Counsel   [  ] without Counsel   [  ] through Counsel
**Filed in open court:**
[  ] Information    [X] Plea Agreement    [X] Statement of Facts    [X] Waiver of Indictment   [  ] Discovery Order

**Arraignment & Plea:**
[  ] WFA    [X] FA    [X] PG    [  ] PNG   **Trial by Jury:**  [  ] Demanded    [  ] Waived
[  ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) __1, 2, 3__ of the [  ]  Indictment -- [X] Criminal Information
[X] Plea accepted, **Guilty Count(s)** __1, 2, 3__
[X] Deft advised of appeal rights
[  ] Order entered in open court        [  ] Order to follow
[X] Deft referred to USPO for PSIR
[X] Case continued to: __07/18/25__ at __10:00am__ for:
[  ] Jury Trial    [  ] Bench Trial    [X]Sentencing    [  ] Status
**Rule 35:**
[  ] US Rule 35 motion for reduction of sentence: [  ] Granted   [  ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [  ] Admits   [  ] Denies violations of the conditions of probation/supervised release
Court:   [  ] finds   [  ] does not find the defendant in violation of the conditions
[  ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
     Forfeiture Order filed and entered in open court
     Deft advised of appeal rights and limited right to appeal sentence.

**is:** [X]In Custody   [  ] Summons Issued    [  ] On Bond    [  ] Warrant Issued    [  ] 1st appearance

**Bond Set at**: $ _____   [  ] Unsecured  [  ] Surety  [  ] Personal Recognizance
[  ] Release Order Entered   [X] Deft Remanded   [  ] Deft Released on Bond   [  ] Deft Continued on Bond