**SENTENCING HEARING**                                    Judge Claude M. Hilton
Date: 07/18/25                                             Reporter: J. Egal
Start: 10:22 am  End: 10:47 am

# UNITED STATES of AMERICA                 CASE NUMBER: 1:25cr105
Vs.

Hatem Salem

Counsel/Govt.: Lauren Hahn       Counsel/Deft.: Cadence Mertz
Court adopts PSI [ ] without exceptions [ ] with the following exceptions: _____

**SENTENCING GUIDELINES:**              Upon Motion of [ ] Deft [ ] Govt
Offense Level: 37                       Court depart from G/L pursuant to:
Criminal History: V                                        [ ] USSG 5K1.1
Imprisonment Range: 324 to 405 months                      [ ] USSG 5C1.2
Supervised Release Range: ___ to 10 years (Ct 1)
                          ___ to 6  years (Ct 2)
                           1  to 3  years (Ct 3)           [ ] USSG 5K2.12
Restitution: $_____                                       [ ] USSG 5H1.4
Fine Range: $ 40,000.00 to $ 20,000,000.00                 [ ] _____
Special Assessment: $ 100.00 per Count

**JUDGMENT of the COURT**
BOP for **240** months - each count, to run concurrently
Supervised Release: **10** yrs ct 1, **6** yrs ct 2, **3** yrs ct 3; to run concurrently
Supervised Probation for _____ Years
Special Assessment: $ **300.00**   [ ]Satisfied [x] Due immediately
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS:**
1) The defendant shall provide the probation officer access to any requested financial information.
2) If the defendant tests positive for a controlled substance or shows signs of alcohol abuse, the defendant must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.). Partial costs of this program shall be paid by the defendant, as directed by the probation officer, subject to the court's ultimate review and supervision. The defendant shall waive all rights of confidentiality regarding substance abuse treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.
3) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment and follow the rules and regulations of that program. Partial costs of this program shall be paid by the defendant, as directed by the probation officer, subject to the court's ultimate review and supervision. The defendant shall waive all rights of confidentiality regarding mental health treatment to allow the release of information to the United States Probation Office and authorize communication between the probation officer and the treatment provider.

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to FCI Danbury or facility as close to Danbury, Connecticut as possible.

 X  Deft shall receive appropriate mental health and substance abuse treatment consistent with the findings in Dr. Bartlett's report.

Defendant: [X] Remanded [ ] Self Surrender/Bond cont.